No. C-334

## Richard Adlai Schultz v. The People of the State of Colorado
(517 P.2d 466)

Decided January 7, 1974.

Rollie R. Rogers, State Public Defender, J. D. MacFarlane, Chief Deputy, Dorian E. Welch, Deputy, for petitioner.

Floyd Marks, District Attorney, Seventeenth Judicial District, James E. Heiser, Deputy, for respondent.

*En Banc.*

PER CURIAM

■ Defendant was convicted in the County Court of Adams County of violation of 1969 Perm. Supp., C.R.S. 1963, 40-23-3.

The People have confessed error and concede that in light of *People v. Vaughan,* 183 Colo. 40, 514 P.2d 1318 (1973), the statute in question is unconstitutional on its face. We agree for the reasons set forth in the above cited opinion.

The judgment is reversed and the cause remanded with directions to dismiss the complaint filed against the defendant.